IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

THOMAS HENRY BENFORD, )
)
    Plaintiff, )
)
v. )
) CASE NO. CV 03-PT-2014-M
OFFICER TEDDY COX, et al., )
)
    Defendants. )

**ENTERED** MAR 3 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 26, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on February 11, 2004.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report and recommendation is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 3rd day of March, 2004.

ROBERT B. PROPST
SENIOR JUDGE